July 25, 1980.

428 A.2d 270

Belfert, Appellant v. Breslow et al.

Argued March 20, 1980.   Arlene O. Freiman, for appellant; Richard S. March, for Breslow, appellee;   W. H. Livingston, for Campbell, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

428 A.2d 270

Chain Link Fence Co. etc., Appellant v. Freeman etc., et al.

Argued December 4, 1979.   William J. Ober, for appellant;   Marlene F. Lachman, for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

The order of the lower court is hereby affirmed.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.